```
                              FILED
    2254    1983 ✓
    FILING FEE PAID           MAR 2 4 2008
    Yes____  No ✓
                              CLERK, U.S. DISTRICT COURT
    IFP MOTION FILED          SOUTHERN DISTRICT OF CALIFORNIA
    Yes ✓   No____            BY _____ DEPUTY

    COPIES SENT TO
    Court ✓  ProSe____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Richard L. Foster Plaintiff,

vs.

A. Verkouteren Defendant.

CASE NO. **'08 CV 0554 DMS CAB**

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, **Richard L. Foster**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

*I am in prison. My last place of employment that I can remember was at In-N-Out BURGER back sometime in 1988.*

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

   a.  Business, Profession or self employment          Yes ___ No _X_

   b.  Income from stocks, bonds, or royalties?         Yes ___ No _X_

   c.  Rent payments?                                    Yes ___ No _X_

   d.  Pensions, annuities, or life insurance payments? Yes ___ No _X_

   e.  Federal or State welfare payments, Social Security or other government source?  Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?                                    Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4.  a.  List amount you contribute to your spouse's support: $ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

**I have no dependents.**

5. Do you own or are you buying a home?   Yes ___  No **X**
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___  No **X**
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No **X** (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ___ No **X** Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No **X**
_____

8. What are your monthly expenses? **I have none**
Rent: $ _____ Utilities: _____
Food: $ _____ Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_I have no debts._

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___ ?

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_I am in Administrative Segregation and am not being granted access to the Law Library._

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3-20-2008_                      _Richard L. Foster_
DATE                              SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
                                                        [prisoner name]
_____ where (s)he is confined.
   [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____

_____
[Authorized officer of the institution]

I, **Richard Lee Foster**, **E-67301**, **F2-8-238L**
   Name:                           CDC #:                Housing Unit

am seeking to bring a civil action or appeal a judgment in **SOUTHERN DISTRICT COURT OF CALIFORNIA** without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
(In Forma Pauperis) pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

**Richard Lee Foster**    v.    **Sergeant A. Verkouteren**
Plaintiff:                                           Defendant:

Address of the Court:    **U.S. District Court, Room 4290**
                                      **880 Front Street**
                                      **San Diego, CA 92101-8900**

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution's Accounting office. I request a statment be sent to the court.

**Richard Lee Foster**
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting office at the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was received in the Central Library on, **3-12-08**,
                                                                      Date:
by _____
   Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period from _____ through _____ for the above
         Date:                         Date:
identified inmate was processed through the Accounting Office at the Richard J. Donovan Correctional Facility
on, _____, by _____
    Date:                   Name of person processing

I, _____ declare that on, _____, I
    Name of person processing                        Date:
deposited the Certified Statement of Trust Account in the United States Postal Service addressed as follows.

Signed: _____
        Signature of employee mailing statement

```
REPORT ID: TS3030  .701                              REPORT DATE: 01/31/08
                                                     PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JAN. 31, 2008

ACCOUNT NUMBER : E67301                  BED/CELL NUMBER: F20800000000238L
ACCOUNT NAME   : FOSTER, RICHARD LEE      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL        TOTAL       CURRENT       HOLDS     TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE    TO BE POSTED
   ---------    ---------    -----------    --------     -------    ------------
      0.00         0.00         0.00          0.00         0.00         0.00
   ---------    ---------    -----------    --------     -------    ------------

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                           0.00
                                                        ---------
```

```
REPORT ID: TS3030   .701                              REPORT DATE: 02/29/08
                                                      PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2008 THRU FEB. 29, 2008

ACCOUNT NUMBER : E67301                BED/CELL NUMBER: F20800000000238L
ACCOUNT NAME   : FOSTER, RICHARD LEE        ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                           TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
  ---------    ----------    -----------    ----------    --------    ------------
      0.00         0.00          0.00          0.00         0.00          0.00
  ---------    ----------    -----------    ----------    --------    ------------

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ----------
                                                            0.00
                                                        ----------
```