AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

JUN 1 1 2008

CLERK, US ... COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Richard Lee Foster

vs

A Verkouteren Correctional Sergeant

**SUMMONS IN A CIVIL ACTION**

Case No.      08cv0554-DMS-CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

       Richard Lee Foster
       E-67301
       R.J. Donovan Correctional Facility
       PO Box 799002
       San Diego, CA 92179

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.
Clerk of Court

L ODERNO
SEAL

By, Deputy Clerk

_____
June 12, 2008
DATE

AO 440 (Rev 5/85) Summons in a Civil Action