UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE FOSTER,<br><br>                                    Plaintiff,<br><br>         v.<br><br>A. VERKOUTEREN,<br><br>                                    Defendant. | Civil No.   08cv0554-DMS (CAB)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

Plaintiff, a state prisoner proceeding *pro se*, filed this action under 42 U.S.C. § 1983. On September 3, 2008, Defendant filed an answer to Plaintiff's Complaint. [Doc. No. 5.] Accordingly, **IT IS HEREBY ORDERED**:

Under Civil Local Rule 16.1(e)(8), an Early Neutral Evaluation Conference is inappropriate in Section 1983 Prisoner cases. Instead, a Case Management Conference shall be held on **December 3, 2008**, at **9:30 a.m.** Counsel for Defendant shall appear in person and shall make all arrangements for Plaintiff to appear telephonically and provide an interpreter if necessary.

DATED: September 4, 2008

  
_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge